**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-7701**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK A. CURRY,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CR-90-454-WMN, CA-98-934-WMN)

————————————

Submitted:  March 25, 1999          Decided:  March 31, 1999

————————————

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Andrea Celestine Long, BOONE, BEALE, COSBY & LONG, Richmond, Vir-
ginia, for Appellant.  John Vincent Geise, OFFICE OF THE UNITED
STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Derrick A. Curry seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Curry, Nos. CR-90-454-WMN; CA-98-934-WMN (D. Md. Sept. 15, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgment or order is marked as "filed" on September 10, 1998, the district court's records show that it was entered on the docket sheet on September 15, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).